UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE VILLEGAS, | ) | NO. CV 08-02901 PSG (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JOHN F. SALAZAR, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/5/0Y

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE